UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CIVIL ACTION NO. 3:07-16

TAYLOR FOX, PLAINTIFF

v. **OPINION AND ORDER**

MIKE ANDREWS, *Individually*, and
CARROLLTON POLICE DEPARTMENT, et al., DEFENDANTS

\* \* \* \* \* \* \* \* \*

This matter is before the Court on the Motions to Dismiss filed by the Defendants (Rec. Nos. 38 and 39).

In their Motions, the Defendants request that the Court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b). The Defendants state that the Plaintiff failed to respond to the Motion for Partial Summary Judgment filed by the Defendant Mike Andrews and that Plaintiff's counsel failed to appear at the preliminary pretrial conference conducted by the Magistrate Judge in this matter and has further failed to comply with the Court's June 7, 2007 Pretrial Order.

Pursuant to Rule 7.1(c) of the Joint Local Rules of Civil Practice for the United States District Courts for the Eastern and Western Districts of Kentucky, a party opposing a motion must file a response memorandum within 15 days of service of the motion. The Plaintiff has not filed a memorandum responding to either of the Motions to Dismiss. The Court has reviewed the Defendants' motions and, finding them to be legally sound, hereby ORDERS as follows:

1) the Defendants' Motions to Dismiss (Rec. Nos. 38 and 39) are GRANTED;

2) the Defendant Mike Andrews' Motion for Partial Summary Judgment (Rec. No. 21)

and Motion to Bifurcate (Rec. No. 28) are DENIED as moot; and

3) this matter is STRICKEN from the active docket of this Court.

Dated this 23rd day of June, 2008.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge