UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CIVIL ACTION NO. 3:07-16

TAYLOR FOX,                                                                                                                  PLAINTIFF

v.                                       **JUDGMENT**

MIKE ANDREWS, *Individually*, and
CARROLLTON POLICE DEPARTMENT, et al.,                      DEFENDANTS

\* \* \* \* \* \* \* \* \*

In accordance with the opinion and order entered contemporaneously with this judgment, the Court HEREBY ORDERS AND ADJUDGES that:

    1)    the Defendants' Motions to Dismiss (Rec. Nos. 38 and 39) are GRANTED;

    2)    this matter is hereby DISMISSED;

    3)    this judgment is FINAL and APPEALABLE; and

    4)    this matter is STRICKEN from the active docket of this Court.

This the 23rd day of June, 2008.



Signed By:
*Karen K. Caldwell*
United States District Judge